IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HERMAN CHAMBERS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Petitioner,

v.

CASE NO. 1D14-702

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____/

Opinion filed January 23, 2015.

Petition for Writ of Certiorari.

Herman Chambers, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, and Beverly Brewster, Assistant General Counsel, Tallahassee, for Respondent.

PER CURIAM.

    DENIED.

PADOVANO, MARSTILLER, and OSTERHAUS, JJ., CONCUR.